■ SEBASTIAN LAVERDE et al., Appellants, v ADAM KREBUSH-EVSKI et al., Respondents. [688 NYS2d 917] —In an action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Richmond County (Cusick, J.), entered March 12, 1998, which granted the defendants' motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

Upon the record before us, the Supreme Court did not err in granting the defendants' motion. Bracken, J. P., Thompson, Goldstein and Florio, JJ., concur.